IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KANDI CLINE                                                                                          PLAINTIFF

V.                                         NO.  3:10cv00102 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## ORDER

Defendant has filed an unopposed motion for extension of time in which to file his response brief (doc. 11).  The motion is granted.  Defendant is granted to and including November 1, 2010, in which to file his brief.

IT IS SO ORDERED this 30th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE