**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KANDI CLINE                                                                          Plaintiff

v.                                        3:10CV00102 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        Defendant

## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this <u>27th</u> day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE