## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KANDI CLINE                                                                                          Plaintiff

v.                                              3:10CV00102 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 27th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE